# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY 23-50435
        Chapter 13
Sandra Ford,

      Debtor.

## ORDER

This case is before the Court on the objection of Trustee Kyle L. Carlson to the debtor's claimed exemption in certain property. Based on the motion and file,

IT IS ORDERED:

The Trustee's objection to claimed exempt property is sustained. The debtor's interest in the following property is not exempt:

> Ex spouse is court ordered to pay debtor $10,000 per year (2023-2025) as replacement for spousal maintenance; has not paid-currently pending in court (negotiated as a settlement of maintenance claims).

Dated: *October 31, 2023*

                                         */e/William J. Fisher*

                                         William J. Fisher
                                         United States Bankruptcy Judge